# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SABATELLO CONSTRUCTION OF FLORIDA, INC.,**
Appellant,

v.

**GREGORY KEOUGH** and **ANA MARIA KEOUGH,**
Appellees.

No. 4D22-2250

[August 10, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Kerner, Judge; L.T. Case No. 50-2017-CA-009396-XXXX-MB.

John R. Whittles and Elizabeth F. Olds of Mathison Whittles, LLP, Palm Beach Gardens, for appellant.

Ronald P. Ponzoli, Jr. and W. Cooper Jarnagin of GrayRobinson, P.A., West Palm Beach, and Richard A. Jarolem and Shannon Nelsen of Traub Lieberman Straus Shrewsberry LLP, Palm Beach Gardens, for appellees.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***